(6) bill of particulars; (7) panel of jurors; (8) verdict; (9) reasons for new trial; (10) motion for judgment; (11) affidavit in support of motion for new trial; (12) precipe for execution fi. fa.; (13) writ of fi. fa. and return; (14) precipe for pluries fi. fa.; (15) pluries fi. fa. and return; (16) statement of accounts.

*1821 Calendar*, MS p. 16. Recorded in *Book B*, MS pp. 50–54.

## JOHN ANDERSON *versus* MARY ANN SCOTT, ADMINISTRATRIX OF THE ESTATE OF WILLIAM McDOWELL SCOTT, DECEASED

JOURNAL ENTRIES (1821–22): *Journal 3:* (1) Continued *p. 259; (2) discontinued *p. 336.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) declaration; (4) notice of discontinuance; (5) precipe for discontinuance.

*1821 Calendar*, MS p. 19. Recorded in *Book B*, MS pp. 66–69.

## JOHN ANDERSON *versus* MARY ANN SCOTT

JOURNAL ENTRIES (1821–22): *Journal 3:* (1) Continued *p. 259; (2) discontinued *p. 302.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) declaration; (4) plea of non assumpsit.

*1821 Calendar*, MS p. 20. Recorded in *Book B*, MS pp. 70–73.